# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

FILED
2018 MAR 22 P 3: 41
U.S. DISTRICT COURT
NEW HAVEN, CT

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:18MJ    (SALM)
A blue 32G thumb drive with serial number )
16 AA0 17 BM 1801258828 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A blue 32G thumb drive with serial number 16 AA0 17 BM 1801258828 as described in attachment A

located in the _____ District of _____Connecticut_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 844(i) | Malicious Destruction of a Building or Vehicle |
| 18 U.S.C. § 2252A(a) | Receipt and Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography |

The application is based on these facts:

See Attached Affidavit of Special Agent James Lawton

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent James Lawton, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___03/22/2018___

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, CT

Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

The property to be searched is the following item, which is presently located at the Office of the State's Attorney, Judicial District of Ansonia-Milford, 14 West River Street, Milford, Connecticut :

A blue 32G thumb drive with serial number 16 AA0 17 BM 1801258828 (the "TARGET DEVICE").



## ATTACHMENT B

### Particular Items to Be Seized

1. All records on the Target Device described in Attachment A that relate to violations of 18 U.S.C. §844(i) (Malicious Destruction of a Building or Vehicle By Means of Fire), 18 U.S.C. §2252A(a) (Receipt and Distribution of Child Pornography), and 18 U.S.C. § 2252A(a)(5) (Possession of Child Pornography) (collectively, the "TARGET OFFENSES") since January of 2017, including:

   a. Photographs any arson, fire or explosive events;

   b. Any and all communications pertaining to any arson, fire or explosive events;

   c. In any format or media, all originals, copies and negatives of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256.

   d. Any and all communications pertaining to sexual enticement of minors or the production or possession of child pornography or visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256.

   e. Any and all names, addresses, contact information or lists of names, addresses or contact information, in any format, of those who may have been contacted in connection with the TARGET OFFENSES.

2. Evidence of user attribution showing who used or owned the Target Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

   As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including

any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

